FILED
MAR 2 0 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08mj0511 |
| Plaintiff, | ) ) | ORDER RELEASING |
| v. | ) ) | MATERIAL WITNESS |
| GABRIELA GUADALUPE ZAVALA-HIGUERA, | ) ) | |
| Material Witness. | ) | |

On order of the United States Magistrate Court Judge:

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as material witness be released from custody for the following reason:    [18USC§3144 Charge Dismissed - Material Witness not needed ]

GABRIELA GUADALUPE ZAVALA-HIGUERA

Dated: MARCH 20, 2008

HONORABLE WILLIAM McCURINE, JR.
U. S. MAGISTRATE COURT JUDGE