UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 MAR 20 A 12:

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08mj0511 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Gabriela Guadalupe Zavala-Higuera | ) | |
| Defendant(s) | ) | Booking No. 07605298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Gabriela Guadalupe Zavala-Higuera

DATED: 3-20-08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
     DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
      Deputy Clerk