## Minutes of the United States District Court
### Southern District of California
### March 20, 2008

HON. **WILLIAM MCCURINE, JR.**             DEPUTY CLERK: **R. BRESSI**

---

TAPE NO. WMC06-10:08-10:26

| | | | |
|---|---|---|---|
| 08MJ0511 | USA | vs. | GABRIELA GUADALUPE ZAVALA-HIGUERA (1)(C) |
| GOVT'S MOT TO DISMISS | | | JONATHAN D. FRANK, MW ATTY |
| | | | AUSA: CARLOS CANTU |

---

GOVT'S ORAL MOTION TO DISMISS MATERIAL WITNESS - GRANTED
GOVT'S ORAL MOT TO DISMISS COMPLAINT - GRANTED
COURT ORDERS COMPLAINT DISMISSED WITHOUT PREJUDICE
ORDER RELEASING MATERIAL WITNESS FILED

1 MIN